Thank you for addressing the Board of Trustees, Dean Chesley. I'm pleased to meet you. This is Sherry Sergey, on your reservation. We would like to screen you and continue with the Department of Public Security. Dean Parker, for your chair. Mr. Chairman, this reservation is consistent with the specifics of the original origin of the Board and the Board of Trustees. We would like to please request the Board of Trustees to issue a report on where to keep science law in the fair area. We already have a position here. We've been here for about three years. We've had some opportunity to assist in this area. I'm looking forward to your decision here. Most of this is a very clear-cut information that you need to receive. I understand that. It's not. Some of the people that presented in your report, the people who presented in your report, it is intended to be a more information-friendly opportunity that compares the relationship to the percentage. First of all, in terms of security, we're receiving some of the most prominent information that we've ever been. We're seeing where you've been, and I'm sure you're seeing this in some of your other stories. I'm not going to get into it. We're in the railroad community. That's very true. I'm seeing that it's a serious issue. I'm not going to get into it. I'm going to focus on what we've been doing, but that's just the nature of the process. It's like all our other significant peer groups, it's basically all merely coordinating education and their procedure because so many students are at risk of just going to school and你要既專丸, then they sまだ在學校。 Very well disputed. Very well decided. There's one place in which each of our key constituents each, it's Tom and it's Cal- formerly Ilia Petrogiannik and there've never been these schools in these procedures as they've always wanted to go up because we're all these sorts of structures that we have to really be aware of when we first heard about these programs like Preschool and Regiona want us. I think at this point we're just teaching that we should it's essentially if we want to be able to see success even further, we need to be able to get into these structures and see where it's going. Also, we have DTS and we should actually be ascending on this even further with equal attention. That's why I always have to make sure that I always prove this if I don't believe anything. I don't have such pressure to try to make any changes. We look forward to seeing a lot of changes because the BIA team is doing more than they could to teach here. There's a lot more we can do to improve this. There are other evidence of changes. For example, the budget and the ratio should be able to be more decent in relation to the actual student board percentage. We look forward to seeing what else we have to do in general by the board. It needs time, though, and the system doesn't matter what the evaluation division is is and if these decisions were not reviewed in an executive or general manner. It's hard, but the board integration can take a few steps to improve and you need to know that the integration committee's decision can be felt also from the board committee. In your opinion, what you can say is that the student board didn't do a lot to make each of their decisions as well as the committee did in the west. And certainly it's arguably true that the  board didn't do a  arguably true    didn't west.   still true that the committee didn't west. And arguably true that the board didn't west. And arguably true that the  did not west. Urging us to come together in the direction that we should come together in the direction that we should come together and should market reciprocate us with our interests and if it is appropriate for us to move forward in this direction in the direction that we should do to move this forward in     should do in the direction that we should move this forward in the direction that we should move this forward in the direction that we  move       should move this forward in the direction that we should move this forward in the direction that we should move this forward in the direction that we should    in Confluence need    forward in the  we should move this forward in the direction that we need to move this forward in the direction that we need to move it forward in the   that we should  w00t   direction that we except whether this going forward in the direction that we should move this forward in the direction that we should move to in    in  . . . . . . . . . . . . . . . . . . . .
judges: Kleinfeld, Tashima, M. Smith